```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
             CENTRAL DIVISION AT LEXINGTON
             CIVIL ACTION NO.  5:14-294-KKC
```

ANGELA PEARSON                                              PLAINTIFF

VS.                     **ENTRY OF APPEARANCE**

CHRISTOPHER TYLER,                                         DEFENDANTS
ATS SPECIALIZED, INC., and
UNITED SERVICES AUTOMOBILE ASSOCIATION

                    *****************************

Comes now the undersigned, Eric A. Hamilton, with the law firm of Coleman, Lochmiller & Bond, and provides notice to the Clerk of the Court and all parties of record of his entry of appearance as counsel on behalf of the Defendant UNITED SERVICES AUTOMOBILE ASSOCIATION. The undersigned further certifies that he is admitted to practice before this Court.

                                    /s/ Eric A. Hamilton
                                    ERIC A. HAMILTON
                                    COLEMAN LOCHMILLER & BOND
                                    P.O. BOX 1177
                                    ELIZABETHTOWN, KY  42702-1177
                                    (270) 737-0600
                                    ATTORNEY FOR DEFENDANT USAA

                        **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jason L. Ellis, Attorney for Plaintiff; and Daniel E. Murner, David G. Noble, and Elizabeth J. Winchell, Attorneys for Defendant Tyler & ATS Specialized, Inc.

                                    /s/ Eric A. Hamilton
                                    ERIC A. HAMILTON